UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

NATURAL RESOURCES DEFENSE         :
COUNCIL, INC.,                     :

                                :        26-CV-00153 (JAV)

                 Plaintiff,       :

                                :           ORDER

     -v-                      :

                                :

UNITED STATES DEPARTMENT OF     :
ENERGY,                       :

                                :

               Defendant.     :

                                :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff has brought this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking records responsive to two separate FOIA requests submitted to the U.S. Department of Energy.  The first FOIA request, submitted on May 16, 2025, seeks records relating to the Office of Clean Energy Demonstrations' ("OCED") review of awards or grants for Industrial Demonstrations Projects and Regional Clean Hydrogen Hubs, as well as records documenting staff reductions at OCED.  The second FOIA request, submitted on June 3, 2025, seeks records concerning the DOE's Portfolio Review Process Committee.  DOE has conducted searches for records responsive to both requests and estimates that the total universe of potentially responsive documents is 34,000 pages.  The parties have now submitted competing proposals regarding a monthly processing rate.

      In light of the fact that there are two separate FOIA requests at issue, and the substantial number of potentially responsive pages, the Court concludes that a processing rate of 750 pages a month is appropriate.  The higher rate requested by Plaintiff would divert limited agency resources away from responding to other FOIA requesters who are ahead of Plaintiff in the queue.

      Plaintiff's request for the production of rolling *Vaughn* indices is denied.  FOIA does not require the Government to produce a *Vaughn* index.  To the contrary, a *Vaughn* index is merely one way that the Government can sustain its burden of proof at the dispositive motion stage.  Requiring production of a *Vaughn* index at this stage of the litigation would be premature.
.

**CONCLUSION**

      DOE is ORDERED to complete processing of 750 pages each month.  DOE shall produce responsive non-exempt records on the 15th day of each month, beginning on June 15,

2026.  To the extent DOE withholds any records in full from a production, DOE shall notify Plaintiff of the number of records withheld and the relevant exemptions under which such records were withheld.

The Clerk of Court is directed to terminate ECF Nos. 19 and 21.

SO ORDERED.

Dated: May 19, 2026
      New York, New York

                      JEANNETTE A. VARGAS
                      United States District Judge