**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 31, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Natural Resources Defense Council v. U.S. Department of Energy*
No. 26 Civ. 153 (JAV)

Dear Judge Vargas:

I write on behalf of all parties to respectfully request that the Court adjourn the status conference in this matter currently scheduled for August 11, 2026, and instead direct the parties to submit joint status reports as provided below.

As the Court is aware, on May 19, 2026, the Court ordered defendant to process records at the rate of 750 pages per month and produce responsive, non-exempt records by the 15th of each month. ECF No. 24. Since that date, defendant has complied with this schedule, producing records on June 15, 2026, and July 15, 2026. The parties continue to discuss certain issues relating to the scope of search and prioritization within the processing universe. They further anticipate informally discussing any issues relating to claimed exemptions as they arise in the future. At this time, however, the parties agree that there are no disputes currently ripe for presentation to the Court at a status conference. Accordingly, the parties respectfully request that the Court adjourn the August 11, 2026 conference *sine die*.

This is the parties' second request for adjournment of the status conference. On June 3, 2026, the parties requested that the status conference (then set for June 9, 2026) be adjourned due to a lack of pending disputes and rescheduled for August 11, 2026; the Court granted the request. ECF Nos. 25, 26.

Instead of rescheduling the status conference again, the parties respectfully suggest that the Court order the submission of a joint status report on a bimonthly cadence, due one week following the deadline for the defendant to produce documents that month, beginning in September. Under this schedule, the parties' first joint status report would be due September 22, 2026, with the next due November 23, 2026. If the parties' request is granted, no appearance before the Court will be currently scheduled. Both parties consent to this proposal.

We thank the Court for its consideration of this request.

Respectfully,

JAMES M. MCDONALD
United States Attorney

By: */s/ Robert Yalen*
ROBERT WILLIAM YALEN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Tel: (212) 637-2722
robert.yalen@usdoj.gov

cc (by ECF): Plaintiff's Counsel

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge

Dated: August 5, 2026